UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DANIEL RIOS,

                Petitioner,                No. C 10-0889 PJH (PR)

  vs.                            **ORDER DENYING HABEAS PETITION AND DENYING CERTIFICATE OF APPEALABILITY**

R. GROUNDS, Warden,

                Respondent.

_____/

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition is directed to a denial of parole. Petitioner's only issue is a claim that the denial of parole was not supported by the evidence.

The United States Supreme Court has recently held that "[i]n the context of parole . . . the procedures required [by the due process clause] are minimal . . . an opportunity to be heard and . . . a statement of the reasons why parole was denied . . . '[t]he Constitution . . . does not require more." *Swarthout v. Cooke*, No. 10-333, slip op. at 4-5 (January 24, 2011). That is, there is no due process requirement that a parole denial be supported by the evidence. The petition for a writ of habeas corpus therefore is **DENIED**.

Given the clear controlling Supreme Court authority, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (COA standard). Petitioner is advised that he may ask the court of appeals to issue a COA under Rule 22 of the Federal Rules of Appellate Procedure. *See* Rule 11(a), Rules Governing § 2254 Cases. The clerk shall close the file.

     **IT IS SO ORDERED.**

Dated: January 28, 2011.

_____
           PHYLLIS J. HAMILTON
           United States District Judge

United States District Court
For the Northern District of California